BENJAMIN WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 11-49-JAM |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | MOTION TO CONTINUE |
| LAURA LEE ELIZABETH GREGORY, ) | SENTENCING HEARING |
| aka LAURA PETERSON, ) | AND PROPOSED ORDER |
| ) | |
| Defendant. ) | |

HEREBY, plaintiff United States of America moves that (1) the sentencing hearing re restitution set for 1/24/2012 be vacated; and (2) this Court schedule the restitution hearing on 2/7/2012 at 9:30 a.m.

HEREBY FURTHER, the undersigned counsel for the United States certifies that she has spoken to defense counsel for the above captioned defendant and said counsel has agreed to continue the restitution hearing for good cause and to ensure effective advocacy on behalf of his client, the above referenced defendant. The undersigned counsel is further aware that the United States

**MOTION AND (PROPOSED) ORDER** 1

Probation Office has no objection to the proposed continuance of the restitution (sentencing) hearing. The parties are in on-going communication with the USPO regarding possible resolution of the matter via stipulation.

DATED: 1/18/2012             BENJAMIN WAGNER
                             United States Attorney
                             By:
                                  /S/ Michelle Rodriguez

                             MICHELLE RODRIGUEZ
                             Assistant U.S. Attorney

                     *   *   *

IT IS SO ORDERED.

DATED: 1/19/2012             /s/ John A. Mendez
                             JOHN A. MENDEZ
                             U.S. DISTRICT COURT JUDGE
                             E.D. CALIFORNIA

///

**MOTION AND (PROPOSED) ORDER** 2